458 A.2d 271

Commonwealth v. Wooley, Appellant.

Submitted April 28, 1982.
Donald B. Calaiaro, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

* DiSalle, J., did not participate in the consideration or decision of this case.

Before CERCONE, P.J., WICKERSHAM and MONTEMURO, JJ.

Judgment of sentence affirmed.